**Jennie L. Clark,** OSB No. 000319
E-mail: jennie@clarklawportland.com
**Barry Fifth-Lince,** OSB No. 182935
E-mail: barry@clarklawportland.com
6501 SW Macadam Ave. Suite E
Portland, OR   97239
(503) 238-1010
(503) 238-1212 (fax)
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BRANDON SEAMSTER,**

        Plaintiff,

  v.

**WASHINGTON COUNTY**

        Defendant.

Civil No.:  3:19-cv-01573-AC

**NOTICE OF STIPULATED DISMISSIAL**

A settlement has been reached by the parties. By and through their respective counsel, the parties hereby stipulate and agree that this case is dismissed against Defendant with prejudice.

**It is so stipulated on this 13th of October 2020:**

   /s/ Barry Fifth-Lince
Barry Fifth-Lince, OSB No. 182935
Of Attorneys for Plaintiff
barry@clarklawportland.com

   /s/ Kimberly Stuart
Kimberly Stuart, OSB No. 054685
Of Attorneys for Defendant
kimberly_stuart@co.washington.or.us

Page 1- **NOTICE OF STIPULATED DISMISSIAL**

Clark Law & Associates, LLC
6501 SW Macadam Ave. Suite E
Portland, OR    97239
(503) 238-1010
(503) 238-1212 (facsimile)